```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Kenneth Hannibal Hart

   v.                                    Case No. 19-cv-720-PB

In-Oh Lee, et al


## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 6, 2019.


    SO ORDERED.

                                      /s/ Paul Barbadoro
                                      _____
                                      Paul Barbadoro
                                      United States District Judge

Date: September 16, 2019


cc:   Kenneth Hannibal Hart, pro se